IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHALI RENEE KIRKWOOD, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CIV. ACT. NO. 1:23-cv-70-TFM-B ) |
| NANCY BUCKNER, *et al.*, | ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is **ORDERED, ADJUDGED,** and **DECREED** that judgment is entered against the Plaintiffs and in favor of Defendants as to the federal claims.[1]

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 13th day of March, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's state law claims have been remanded to the Circuit Court of Baldwin County, Alabama for resolution as this Court has declined supplemental jurisdiction in accordance with the Memorandum Opinion and Order.